UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

"IN ADMIRALTY"

KRISTEN LEE TOWING, INC.

    Plaintiff,

vs.

Case No. 3:09-cv-884-J-25MCR

M/V SOUTH PORT, her engines, tackle, apparel, etc., *In Rem*

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, KRISTEN LEE TOWING, INC., by and through its undersigned attorneys, and sues the Defendant, the M/V SOUTH PORT, her engines, tackle, apparel, etc., *in rem* and alleges:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Supplemental Rules thereto governing Certain Admiralty and Maritime Claims. This Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff, KRISTEN LEE TOWING, INC., is a Florida corporation with an office located in Green Cove Springs, Florida.

3. Defendant, M/V SOUTH PORT, at all times material to the allegations herein was and still is a vessel documented with the United States Coast Guard, Official Number 251319, a steel single screw tug boat, 94' x 24' x 12', which is presently within the jurisdiction of the United States District Court for the Middle District of Florida, lying afloat upon navigable waters

of the United States at the facility of KRISTEN LEE TOWING, INC., 1065 Bulkhead Road, Green Cove Springs, Florida.

4. From July 1, 2005 until the present, KRISTEN LEE TOWING, INC. has provided dockage and other necessaries to the Defendant vessel. A summary of KRISTEN LEE TOWING, INC.'s statements showing the monthly billing is attached hereto as **Exhibit A** and indicates the principal amount due and owing of $71,347.99 through August 31, 2009.

5. The payment for the dockage provided to the Defendant Vessel by KRISTEN LEE TOWING, INC. is due monthly in advance on the first day of the month. KRISTEN LEE TOWING, INC. demanded on numerous occasions that the outstanding dockage be paid. However, as of this date, dockage consisting of over fifty months dockage remains unpaid.

6. By reason of the aforementioned premises, KRISTEN LEE TOWING, INC. claims a maritime lien against the Defendant vessel for the dockage and necessaries provided as herein alleged. This action is brought pursuant to the statutes of the United States, particularly pursuant to 46 U.S.C. §31301 et seq.

7. All and singular the premises are true and within the admiralty and maritime jurisdiction of the United States and of this Honorable Court.

WHEREFORE, Plaintiff, KRISTEN LEE TOWING, INC. prays:

a) That the Clerk shall issue a Warrant for the arrest of the M/V SOUTH PORT , her engines, tackle, appurtenances, etc., *in rem*, citing all persons claiming any right, title, or interest therein to appear and answer under oath all and singular the matters aforesaid, and that the said vessel be condemned and sold to pay the amount due KRISTEN LEE TOWING, INC. as aforesaid, together with interest, late charges, costs of KRISTEN LEE TOWING, INC. as well as any other relief the Court may deem just and proper;

b) That the maritime lien described herein be declared a valid and existing lien upon the M/V SOUTH PORT, her engines, tackle, appurtenances, etc., *in rem*, and that upon the sale of the said vessel, that KRISTEN LEE TOWING, INC. be entitled to the proceeds of such sale equal to said lien, and interest thereon; said sale proceeds to be determined after any encumbrance determined to be superior in interest to KRISTEN LEE TOWING, INC. 's lien has been satisfied.

MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES

Richard K. Jones
Florida Bar No. 351008
Shea Michael Moser
Florida Bar No. 0029265
501 West Bay Street
Jacksonville, Florida 32202
(904) 356-1306
(904) 354-0194 Facsimile
E-mail rkjones@mppkj.com
       smoser@mppkj.com

ATTORNEYS FOR PLAINTIFF
KRISTEN LEE TOWING, INC.

## VERIFICATION

STATE OF FLORIDA
COUNTY OF CLAY

The foregoing instrument was acknowledged before me this _20_ day of August, 2009, by Curtis L. Kempfert, President of KRISTEN LEE TOWING, INC., a Florida corporation. He is personally known to me and is authorized to make this Affidavit on KRISTEN LEE TOWING, INC.'s behalf, that he has read the foregoing Complaint and that the information contained therein is true and correct to the best of his knowledge, information and belief.

_____
Curtis L. Kempfert, President

SWORN TO and subscribed before me
on this _20_ day of August, 2009.

_____
NOTARY PUBLIC, State of Florida

My Commission Expires: _2013_

DALE W GARLINGHOUSE
MY COMMISSION # DD878196
EXPIRES April 06, 2013
FloridaNotaryService.com

4



# KRISTEN LEE TOWING, INC.

Please find below and attached the following fees due and past due for portage, maintenance and services provided by Kempco for vessel Southport.

**Year 2005    Rates @ 94' @ $.30/ft times days/month**
| | |
|---|---|
| July | $ 874.20 |
| August | $ 874.20 |
| September | $ 846.00 |
| October | $ 874.20 |
| November | $ 846.00 |
| December | $ 874.20 |
| | |
| Sub Total | $5,188.80 |
| Sales Tax | $ 363.22 |
| Tug Service | $ 300.00 |
| Monthly bilge check and pump out   @ $80.00 ea | $ 480.00 |
| Hurricane security service | $ 300.00 |
| **Total 2005** | **$6,632.02** |

**Year 2006    Rates @ 94' @ $.40/ft times days/month**
| | |
|---|---|
| January | $1,165.60 |
| February | $1,052.80 |
| March | $1,165.60 |
| April | $1,128.00 |
| May | $1,165.60 |
| June | $1,128.00 |
| July | $1,165.60 |
| August | $1,165.60 |
| September | $1,128.00 |
| October | $1,165.60 |
| November | $1,128.00 |
| December | $1,165.60 |
| | |
| Sub Total | $13,724.00 |
| Sales Tax | $ 960.68 |
| Monthly bilge check and pump   @ $80.00 | $ 960.00 |
| Hurricane security service | $ 300.00 |
| **Total 2006** | **$15,944.68** |

P.O. Box 266 • Pier 10 Bulkhead Rd. • Green Cove Springs, FL 32043 • (904) 284-8086 • Fax (904) 284-5601



# KRISTEN LEE TOWING, INC.

| Year 2007 | Rates @ 94' @ $.40/ft times days/month | |
|---|---|---|
| January | | $1,165.60 |
| February | | $1,052.80 |
| March | | $1,165.60 |
| April | | $1,128.00 |
| May | | $1,165.60 |
| June | | $1,128.00 |
| July | | $1,165.60 |
| August | | $1,165.60 |
| September | | $1,128.00 |
| October | | $1,165.60 |
| November | | $1,128.00 |
| December | | $1,165.60 |
| | | |
| Sub Total | | $13,724.00 |
| Sales Tax | | $ 960.68 |
| Monthly bilge check and pump | @ $80.00 | $ 960.00 |
| Hurricane security service | | $ 300.00 |
| **Total 2007** | | **$15,944.68** |

| Year 2008 | Rates @ 94' @ $.50/ft times days/month | |
|---|---|---|
| January | | $1,457.00 |
| February | | $1,363.00 |
| March | | $1,457.00 |
| April | | $1,410.00 |
| May | | $1,457.00 |
| June | | $1,410.00 |
| July | | $1,457.00 |
| August | | $1,457.00 |
| September | | $1,410.00 |
| October | | $1,457.00 |
| November | | $1,410.00 |
| December | | $1,457.00 |
| | | |
| Sub Total | | $17,202.00 |
| Sales Tax | | $ 1,204.14 |
| Monthly bilge check and pump | @ $80.00 | $ 960.00 |
| Hurricane security service | | $ 300.00 |
| **Total 2008** | | **$19,666.14** |



# KRISTEN LEE TOWING, INC.

**Year 2009 Rates @ .50/ft X Days /Month**

| | |
|---|---|
| January | $1,450.00 |
| February | $1,316.00 |
| March | $1,457.00 |
| April | $1,410.00 |
| May | $1,457.00 |
| June | $1,410.00 |
| July | $1,457.00 |
| | |
| Sub Total | $9,964.00 |
| Sales Tax | $ 697.48 |
| Monthly Check Bilge | $ 560.00 |
| Hurricane Security Service | $ 300.00 |
| **Year Total to August 1, 2009** | **$11,521.48** |
| | |
| Past Due | |
| Year 2005 | $ 6,632.02 |
| Year 2006 | $15,944.68 |
| Year 2007 | $15,944.68 |
| Year 2008 | $19,666.14 |
| Year 2009 | <u>$11,521.48</u> |
| | |
| **Total Due** | **$69,709.00** |

KRISTEN LEE TOWING, INC.

| | |
|---|---:|
| August, 2009 | $1,457.00 |
| Sales Tax | 101.99 |
| Monthly bilge check | 80.00 |
| | |
| August 2009 Total: | $1,638.99 |
| | |
| Total from Page 3 | 69,709.00 |
| August, 2009 | 1,638.99 |
| | |
| Total through August 31, 2009 | $71,347.99 |